| | |
|---|---|
| 1 | Benjamin Heikali (SBN 307466) |
| 2 | **FARUQI & FARUQI, LLP**<br>10866 Wilshire Boulevard, Suite 1470 |
| 3 | Los Angeles, CA 90024<br>Telephone: (424) 256-2884 |
| 4 | Facsimile: (424) 256-2885<br>E-mail:  bheikali@faruqilaw.com |
| 5 | [Additional Captions on Signature Page] |
| 6 | *Attorney for Plaintiff Michael Byrne* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BYRNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERIFONE SYSTEMS, INC., ALEX WAY HART, ROBERT W. ALSPAUGH, JONATHAN I. SCHWARTZ, LARRY ALLAN KLANE, ROBERT BRADSHAW HENSKE, RONALD D. BLACK, KAREN A. AUSTIN, PAUL S. GALANT, JANE J. THOMPSON, and ROWAN M. TROLLOPE,<br><br>Defendants. | Case No.: 3:18-cv-02926<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Civil L. R. 3-15, the undersigned attorneys of record for Michael Byrne, certify that as of this date, there are no known interested parties other than those participating in the case.

Dated: May 17, 2018

                                                Respectfully submitted,

                                                **FARUQI & FARUQI, LLP**

                                                By: */s/ Benjamin Heikali*

**OF COUNSEL:**                       Benjamin Heikali, Bar No. 307466
                                       10866 Wilshire Blvd., Suite 1470
**FARUQI & FARUQI, LLP**       Los Angeles, CA 90024
Nadeem Faruqi                   Tel.: (424) 256-2884
James M. Wilson, Jr.         Fax: 424.256.2885
685 Third Ave., 26th Fl.      Email: bheikali@faruqilaw.com
New York, NY 10017
Tel.: (212) 983-9330           *Counsel for Plaintiff*
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*

1

**CERTIFICATE OF INTERESTED PARTIES**