Benjamin Heikali (SBN 307466)
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail:   bheikali@faruqilaw.com

*Attorney for Plaintiff Michael Byrne*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BYRNE, Individually and on Behalf of All Others Similarly Situated, | Case No.: 3:18-cv-02926 |
| Plaintiff, | |
| vs. | **CERTIFICATION OF BENJAMIN HEIKALI PURSUANT TO LOCAL RULE 3-7(d)** |
| VERIFONE SYSTEMS, INC., ALEX WAY HART, ROBERT W. ALSPAUGH, JONATHAN I. SCHWARTZ, LARRY ALLAN KLANE, ROBERT BRADSHAW HENSKE, RONALD D. BLACK, KAREN A. AUSTIN, PAUL S. GALANT, JANE J. THOMPSON, and ROWAN M. TROLLOPE, | |
| Defendants. | |

**CERTIFICATION OF BENJAMIN HEIKALI PURSUANT TO LOCAL RULE 3-7(d)**

1    Pursuant to Northern District Local Rule 3-7(d), I, Benjamin Heikali, declare as follows:

2    Exclusive of securities possibly held through mutual funds, I do not directly own or

3    otherwise have a beneficial interest in the securities that are subject of this action.

4    I declare under penalty of perjury under the laws of the United States of America that the

5    foregoing is true and correct.

6    Executed this 17th day of May 2018 at Los Angeles, California.

7                                              By:      */s/ Benjamin Heikali*
8                                                       Benjamin Heikali

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATION OF BENJAMIN HEIKALI PURSUANT TO LOCAL RULE 3-7(d)**