1  Benjamin Heikali (SBN 307466)
   **FARUQI & FARUQI, LLP**
2  10866 Wilshire Blvd., Suite 1470
   Los Angeles, CA 90024
3  Telephone: (424) 256-2884
   Facsimile: (424) 256-2885
4  Email:    bheikali@faruqilaw.com

5  [Additional counsel listed on signature page]

6  *Attorney for Plaintiff Michael Byrne*

7

8              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
9

10

11 MICHAEL BYRNE, Individually and on Behalf         Civil Action No. 4:18-cv-02926-YGR
   of All Others Similarly Situated,
12                                                   **NOTICE OF PENDENCY OF**
                          Plaintiff,                 **OTHER ACTION**
13
            vs.
14
   VERIFONE SYSTEMS, INC., ALEX WAY
15 HART, ROBERT W. ALSPAUGH,
   JONATHAN I. SCHWARTZ, LARRY ALLAN
16 KLANE, ROBERT BRADSHAW HENSKE,
   RONALD D. BLACK, KAREN A. AUSTIN,
17 PAUL S. GALANT, JANE J. THOMPSON, and
   ROWAN M. TROLLOPE,
18
19                        Defendants,
20 .

21
22
23
24
25
26
27
28

**NOTICE OF PENDENCY OF OTHER ACTION**

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following action is related to this case:

1. A related case was previously filed in the District of Delaware on May 17, 2018 with case no.: 1:18-cv-00752-UNA. The case is captioned as *Scarantino v. Verifone Systems, Inc. et. al.* ("Scarantino Action")

2. The Scarantino Action is pending in the District of Delaware, located at 844 North King Street, Wilmington, DE 19801-3570.

3. The Scarantino Action is a Securities/Commodities lawsuit where the plaintiff alleges that certain past and present officers and/or members of the board of Verifone Systems, Inc. ("Verifone"), allegedly violated Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") in connection with the proposed merger (the "Proposed Merger") between Verifone and an investor group led by the private equity investment firm Francisco Partners.

4. The Scarantino Action has many of the same parties, same claims and is based on the same and/or similar events as the instant action.

5. Plaintiff takes no position on whether the proceedings should be coordinated at this time.

DATED: May 21, 2018                      **FARUQI & FARUQI, LLP**

By: */s/ Benjamin Heikali*

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Tel.: (212) 983-9330
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

Benjamin Heikali, Bar No. 307466
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: bheikali@faruqilaw.com

*Counsel for Plaintiff*

*Counsel for Plaintiff*

- 1 -

**NOTICE OF PENDENCY OF OTHER ACTION**